LAURA E. DUFFY
United States Attorney

CAROLINE D. CIRAOLO
Acting Assistant Attorney General – Tax Division

RUSSELL J. EDELSTEIN
MA Bar No. 663227
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238 – Ben Franklin Station
Washington, D.C.  20044
Tel: (202) 616-2704; Fax: (202) 514-6770
russell.j.edelstein@usdoj.gov
**Attorneys for the United States of America**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 3:15-cv-00643-GPC-WVG |
| Plaintiff, | **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| LAWRENCE PRESTON SIEGEL (a/k/a Larry Lave, Yehuda Lave, and Larry Easy) | Date:  November 13, 2015<br>Time:  1:30 PM<br>Courtroom:  2D<br>Judge:  Hon. Gonzalo P. Curiel |
| Defendant. | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE PARTIES** |

Pursuant to Federal Rule of Civil Procedure 55(b)(2) and CivLR 55.1, plaintiff United States respectfully requests that the Court enter default judgment against defendant Lawrence Preston Siegel and permanently enjoin Siegel pursuant to 26 U.S.C. §§ 7402, 7407, and 7408 from, *inter alia*, (1) preparing tax returns for

1

others; (2) operating, owning, or working in any business (including any solo practice) that provides tax advice; and (3) providing tax advice for compensation or any promise of compensation.  There has been no adverse appearance in this case pursuant to CivLR 7.1(e)(1) to implicate "The Twenty-Eight (28) Day Rule – Setting Time for Hearing."

As grounds for this Motion, the United States refers the Court to its Memorandum of Points and Authorities, Statement of Facts, and the Declaration of Mahana Karimi with attached exhibits.  A proposed injunction order will be submitted with this Motion.

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

CAROLINE D. CIRAOLO
Acting Assistant Attorney General
Tax Division

s/ Russell J. Edelstein
RUSSELL J. EDELSTEIN
MA Bar No. 663227
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238 – Ben Franklin Station
Washington, D.C.  20044
Tel: (202) 616-2704
Fax: (202) 514-6770
russell.j.edelstein@usdoj.gov
**Attorneys for Plaintiff**
**United States of America**

Dated:  September 2, 2015

# CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2015, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, and that pursuant to Fed. R. Civ. P. 5(b)(2)(C) I will send the foregoing to defendant Lawrence Preston Siegel by regular mail at his last known addresses:

> 7437 South Eastern Avenue
> Apt. 235
> Las Vegas, NV 89123
>
> 6105 Pontiac Street
> San Diego, CA 92115

I further certify that on September 2, 2015, I will send an electronic copy of the foregoing to Siegel's last known e-mail address of aaaamerican@gmail.com and to Samuel D. Brotman, 5134 Saratoga Avenue, Suite 5, San Diego, CA 92107, sbrotman@sambrotman.com, by regular mail and electronic mail.

>         s/ Russell J. Edelstein
> RUSSELL J. EDELSTEIN
> U.S. Department of Justice
> Tax Division