LAURA E. DUFFY
United States Attorney

CAROLINE D. CIRAOLO
Acting Assistant Attorney General – Tax Division

RUSSELL J. EDELSTEIN
MA Bar No. 663227
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238 – Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-2704
Fax: (202) 514-6770
russell.j.edelstein@usdoj.gov

**Attorneys for the United States of America**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Civil No. 3:15-cv-00643-GPC-WVG |
| v. | ) **DECLARATION OF** |
| | ) **MAHANA KARIMI** |
| LAWRENCE PRESTON SIEGEL (a/k/a Larry Lave, Yehuda Lave, and Larry Easy) | ) |
| Defendant. | ) |

I, Mahana Karimi, affirm that:

1. I am employed as a paralegal with the United States Department of Justice's Tax Division in Washington, D.C.

1

2. Upon information and belief, Lawrence Preston Siegel is not incompetent or an infant.

3. On August 31, 2015, pursuant to a request from trial attorney Russell J. Edelstein, U.S. Department of Justice, Tax Division, I searched the Department of Defense Manpower Data Center website (https://www.dmdc.osd.mil/appj/scra/single_record.xhtml) using Lawrence Preston Siegel's social security number to determine if he was on active duty with any branch of the United States military. That search revealed that, as of August 31, 2015, Lawrence Preston Siegel was not on active duty with any branch of the United States military. *See* Ex. A.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing declaration is true and correct.

Executed on August 31, 2015 in Washington, D.C.

*[signature]*
MAHANA KARIMI
Paralegal
U.S. Department of Justice, Tax Division

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2015, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, and that pursuant to Fed. R. Civ. P. 5(b)(2)(C) I will send the foregoing to defendant Lawrence Preston Siegel by regular mail at his last known addresses:

> 7437 South Eastern Avenue
> Apt. 235
> Las Vegas, NV 89123
>
> 6105 Pontiac Street
> San Diego, CA 92115

I further certify that on September 2, 2015, I will send an electronic copy of the foregoing to Siegel's last known e-mail address of aaaamerican@gmail.com and to Samuel D. Brotman, 5134 Saratoga Avenue, Suite 5, San Diego, CA 92107, sbrotman@sambrotman.com, by regular mail and electronic mail.

>                 s/ Russell J. Edelstein
> RUSSELL J. EDELSTEIN
> U.S. Department of Justice
> Tax Division